IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN EARLE** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | **NO. 15-6173** |
| **PHILADELPHIA SHERIFF DEPT.** : | |

## ORDER

**AND NOW**, this 4th day of February, 2016, upon consideration of the Defendant's Motion to Dismiss for Failure to State a Claim (Document No. 2) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.